| | |
|---|---|
| 1 | John J. Hebert (#010633) |
| | Wesley D. Ray (#026351) |
| 2 | Michael W. Zimmerman (#027442) |
| | **POLSINELLI PC** |
| 3 | One E. Washington, Suite 1200 |
| | Phoenix, AZ 85004 |
| 4 | Telephone: (602) 650-2000 |
| | Facsimile: (602) 264-7033 |
| 5 | E-Mail: jhebert@polsinelli.com |
| | E-Mail: wray@polsinelli.com |
| 6 | E-Mail: mzimmerman@polsinelli.com |

*Attorneys for James McKeag*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| In re: | Chapter 13 Proceedings |
|---|---|
| MARK A. JELSMA AND MICHELLE L. JELSMA, | Case No. 2:12-bk-25851-EWH |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

Please take notice that, pursuant to 11 U.S.C. §1109(b), James McKeag appears in this matter by Polsinelli PC, their undersigned counsel and, pursuant to Bankruptcy Rules 2002 and 9010(b), requests that the undersigned attorneys be placed on the mailing matrix in this case, and that all notices and other pleadings required to be served upon the above parties be served upon counsel at the addresses set forth below:

John J. Hebert<br>
jhebert@polsinelli.com<br>
Wesley D. Ray<br>
wray@polsinelli.com<br>
Michael W. Zimmerman<br>
mzimmerman@polsinelli.com<br>
POLSINELLI PC<br>
One E. Washington Street, Suite 1200<br>
Phoenix, Arizona 85004

Please take note that this request includes all notices required under the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

DATED: December 10, 2013.

POLSINELLI PC

By: /s/ Michael W. Zimmerman
John J. Hebert
Wesley D. Ray
Michael W. Zimmerman
One E. Washington Street, Suite 1200
Phoenix, AZ 85004

*Attorneys for James McKeag*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on December 10, 2013, to:

| | |
|---|---|
| U.S. TRUSTEE'S OFFICE<br>230 N. 1st Avenue, Suite 204<br>Phoenix, AZ 85003 | Allen D. Butler * abutleraz@gmail.com<br>LAW OFFICE OF ALLEN D. BUTLER PC<br>406 E. Southern<br>Tempe, AZ 85282<br>  *Attorneys for Debtors* |

By: /s/ Cathie Bernales